JUDGE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR10-5674BHS |
| Plaintiff, ) | |
| ) | ORDER SEALING DEFENDANT'S |
| vs. ) | SENTENCING MEMORANDUM |
| CONCHITA CASPILLO, ) | |
| Defendant. ) | |

The Court having considered the Motion for Order Sealing Defendant's Sentencing Memorandum and attachments thereto,

NOW THEREFORE IT IS HEREBY ORDERED that the Defendant's Sentencing Memorandum and any attachments thereto, are to be sealed.

DONE this 10 day of December, 2010.

_____
BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE

Presented by:

/s/ *John R. Carpenter*
JOHN R. CARPENTER
Attorney for Defendant

ORDER SEALING – page 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-6710